# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VASA | 9000609 | C. RIVERA | 1716 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/09/2021 / 1113 | 38 CFR 1-218(A)(13) |

**Place of Offense:** ALMO / MAIN LOBBY

**Offense Description: Factual Basis for Charge** HAZMAT ☐
38 CFR 1.218(b)(40) THE UNAUTHORIZED POSSESSION OF liqu.dr ANY OF THE VARIETY OF INCAPACITATING

### DEFENDANT INFORMATION
Phone: (210) 577-0478

| Last Name | First Name | M.I. |
|---|---|---|
| ABDELLATIF | AHMED | S |

**Street Address:** 21750 U.S. HIGHWAY 281 SOUTH

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| SAN ANTONIO | TX | 78264 | 04/06/1981 |

| Drivers License No. | CDL ☐ D.L. State | Social Security No. |
|---|---|---|
| D04824377 | AZ | 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 |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair BLK  Eyes BRN  Height 6'02"  Weight 170

### VEHICLE
VIN: 5XYKT3A6XEG421567   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| SDVTWD | TX | 2018 | NISSAN MURANO | | GRY |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ 230.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *refused to sign*

Original - CVB Copy

*9000609*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 9 Nov, 2021 while exercising my duties as a law enforcement officer in the ~~[crossed out]~~ District of Texas

**NG Bench Trial**

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/09/2021   C. Rivera
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/22/2021 16:39

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Violation Number:    9000609 Location Code: VASA

I state that on 9 November 2021, while exercising my duties as a law enforcement officer in the Western District of Texas, at approximately 1113 hrs, I observed Abdellatif walk into ALMD wearing a web belt with loaded magazine, an expandable baton, and O.C. Spray canister. Abdellatif alluded questioning when asked if he was in possession of a firearm. Upon locating Abdullatif's vehicle in the VA Parking Lot a handgun was observed in plain view from the front windshield. A search of the vehicle revealed Abdellatif entered federal property while in possession of a Glock 19 handgun, a AR-15 rifle, .07 grams of a substance that tested positive for Marijuana, a set of metal Nunchaku's, seventy seven (51) rounds of Remington .223 caliber rounds, ninety nine (99) 9mm rounds and Forty one (41) of the ninety nine were hollow point, and five (5) .45 caliber rounds were also confiscated.

The foregoing statement is based upon:

[X] my personal observation      [X] my personal investigation

[X] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under the penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on : _____ 11/09/2021 _____      *E. /signature/*

Date (mm/dd/yyyy)                Officer's Signature

Probable Cause has been stated for the issuance of a warrant.

Executed on : _____

Date (mm/dd/yyyy)                U.S. Magistrate Judge